# Court of Appeals of the State of Georgia

ATLANTA,  January 13, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0279. DWAYNE DOTSON v. THE STATE.**

Dwayne Dotson entered a negotiated plea of guilty to armed robbery in September 2021. In December 2025, Dotson filed a "Motion to Vacate Void Conviction and Sentence," arguing that his indictment was defective. The trial court dismissed the motion, and Dotson filed this application for discretionary appeal. We, however, lack jurisdiction.

Regardless of nomenclature, Dotson's motion seeks to challenge the validity of his conviction. To the extent Dotson's claims concerning the sufficiency of his indictment can be construed as a motion in arrest of judgment, the motion was untimely because it was not filed during the term of court at which the judgment was obtained.[1] See OCGA § 17-9-61(b); *Hammond v. State*, 292 Ga. 237, 238 (734 SE2d 396) (2012). Moreover, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Any appeal from an order denying or dismissing such a motion must be dismissed. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper*, 286 Ga. at 218 (2).

---

[1] See OCGA § 15-6-3(4)(C) (noting that the terms of court for Liberty County Superior Court begin the second Monday in February and September).

For these reasons, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__01/13/2026_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*